COMPLAINT FORM
(For filers who are prisoners without lawyers)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Michael Andrew Scuteri
Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135
**Plaintiff**

Vs

Case Number: 2:23-cv-029-JPH-MKK
(To be supplied by Clerk of Court)

Lafayette Police Department
20 North 6th Street, Suite 3
Lafayette, IN 47901

Assistant Chief Kyle Askren
Attica Police Department
200 South McDonald Street
Attica, IN 47918

Danville Police Department
2 East South Street
Danville, IL 61832

University of Illinois Bomb Squad
Champaign County Illinois FBI Office
116 North Chestnut Street, Suite 240
Champaign, IL 61820
**Defendants**

**FILED**
**01/17/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## A. PARTIES

1. Plaintiff is a citizen of the **State of Indiana**, and is located at **Putnamville Correctional Facility, 1946 West US Hwy 40, Greencastle, Indiana**.
2. **Defendant number 1**, Identified as the **Lafayette Police Department**, is an entity of the **State of Indiana** and is located at **Lafayette Police Department, 20 North 6th Street, Suite 3, Lafayette, IN 47901**
3. **Defendant number 2**, Identified as the **Assistant Chief Kyle Askren**, is a citizen of the State of Indiana and works at the **Attica Police Department, 200 South McDonald Street, Attica, IN 47918.**
4. **Defendant number 3**, Identified as the **Danville Police Department,** is an entity of the **State of Illinois**, and is located at **Danville Police Department, 2 East South Street, Danville, IL 61832.**

5. **Defendant number 4**, Identified as **University of Illinois Bomb Squad**, is an entity of the **State of Illinois**, and is located at **Champaign County Illinois FBI Office, 116 North Chestnut Street, Suite 240, Champaign, IL 61820.**

## B. STATEMENT OF CLAIM
On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did or failed to do;
3. When they did it;
4. Where it happened; and
5. Why they did it if you know

The events of May 7, 2021 are a mystery to me. I was in a drug induced mental breakdown which caused a manic state. I was behaving erratically and by the end of the day I had suffered severe head and spinal trauma in a head-on collision with a concrete wall. The events listed are accumulated facts drawn from Police reports, eyewitness accounts, and the evidentiary discoveries from 2 separate court cases in 2 states listed as follows:
Williamsport, Indiana - Warren County Circuit Court: **86C01-2105-F4-000040**
Danville, Illinois – Vermilion County Circuit Court: **21CF481**

My memories of these events are non-existent. I believe I am not solely responsible for the events that unfolded on that day, however, I am the only one being forced to face the music.

Early morning, on May the 7th of 2021, a 911 report was made by Lafayette Transitional Housing Center (LTHC) staff to the Lafayette Police Department, **Defendant Number 1**, regarding the My erratic, violent and suicidal behavior. There were apparently threats made of physical self-harm and threats of violence against other persons. I have had multiple run-ins with the Lafayette Police Department for suicidal and threatening behavior and had been hospitalized several times at River Bend Hospital for these incidents. I am a documented and un-medicated schizophrenic drug addict, with an antisocial disorder.

The Lafayette Police Department failed to pursue and detain me despite my extensive and documented mental health history, even though I clearly posed a legitimate and grave threat to myself and others. This failure to apprehend and subdue me before I could cause harm to myself or others, had extreme and disastrous consequences later on this very same day.

The Lafayette Police Department refuses to respond to any requests regarding copies of these complaints for the purposes of evidence.

Due to this failure to respond, I allegedly caused nearly $70,000.00 in damage to private property and attempted to commit suicide by cop and attempted vehicular suicide in Danville, IL.

In the afternoon of May the 7th of 2021, Assistant Police Chief Kyle Askren, **Defendant Number 2**, illegally seized personal property belonging to me from private property without a warrant. My personal property was never inventoried as evidence. There was never any report of the seizure of this property. There was no receipt by the Attica police Department. The property has not been returned. The value of all items seized exceeds $1,000.00.

During a high speed pursuit I was chased across the Indiana/Illinois state border by the Indiana State Patrol.

Danville Police Department, **Defendant Number 3**, deployed "stop sticks" critically damaging my 2007 Chevy Impala's tires. Officers of the Danville Police Department alleged seeing my arm hanging out of the driver's window holding an unknown item in my hand and what appeared to be wires wrapped around my arm.

I firmly state that the driver's side window of the car had been broken by me with a wrench in a moment of anger and had subsequently been replaced with an elastic bungee cargo net to prevent my Dog from jumping out of the car when he was with me.

Danville Police Department made the assumption that I had an explosive device in the car with me. This assumption was later proven incorrect.

This part is supposition. Because of the critical damage to my car and my inability to control its movements and the reckless speeds at which I was traveling, I firmly believe I steered the car into a steel reinforced, concrete retaining wall to prevent anyone from getting hurt as well as kill myself. I had purposely removed the airbags and removed my seatbelt prior to impact according to reports. My car hit the wall at nearly 70 mph, causing the car's gas tank to rupture and subsequently explode, engulfing the car in flames.

Because of this explosion, the Danville Police Department requested the assistance of the University of Illinois Bomb Squad, **Defendant Number 4**.

The Bomb Squad determined that there was **NO** explosive devices in my car. Despite this knowledge, the Bomb Squad proceeded to "detonate" my computer equipment and personal belongings as an unnecessary show of force.

At the end of this entire debacle, I suffered severe burns, a broken neck, a broken back, a severe concussion and the loss of my freedom.

On top of that, nearly $10,000.00 in my personal electronics and electrical testing equipment, another $10,000 in my personal property are completely missing without a trace, not to mention $1,500.00 in cash from my stimulus check vanished without a trace. Some of my personal property was sentimental stuff that can never be replaced.

I am assuming that the computer case that was "Detonated" held the evidence that was critical to the case I am currently incarcerated for. On that particular computer, which was an HP laptop, were the wireless video feeds of the cameras placed inside and outside of the house I allegedly set on fire. That footage would have either condemned or exonerated me of the crime of Arson. The keys to the house are also missing.

This day could have ended completely different if the Lafayette Police Department had just detained me and taken me to the hospital for a 72 hour hold or even to Tippecanoe County jail until I sobered up.

I am not saying that these agencies are to blame for my problems. What I am saying is, had this entire situation been handled properly the results most likely would be polar opposite of what they are.

## List of Missing property:
### Inventory of lost item(s):
(This inventory identifies the brand and model of each item, what the item is, how much the item costs at the time of purchase, and where it was purchased from. All paperwork was in the property that was allegedly inventoried as I was homeless and living in my car.)

1. Predator 2000 - $450.00 (2,000 watt generator from Harbor Freight Tools)(It was in the Trunk of car obviously)
2. EFILive FlashScan HD Diesel Tuner - $1,300.00 (Diesel Diagnostics unit)(Pawn Shop)
3. Dell Vostro 15 5590 (Windows 11 OS/SeaGate 1TB SSD) Computer - $800.00 (x2 = $1,600.00)(Best Buy)
4. Mil-Spec HP ToughBook Laptop w/ Touchscreen (Windows 7 OS/SeaGate 1TB SSD) Computer - $1,200.00 (EBAY)

5. HP Laptop Computer (Windows 7 OS/500GB HDD ) - $120.00 (Pawn Shop) (SWANN surveillance computer)
6. HP Laptop Computer (Windows Vista OS/250GB HDD ) - $50.00 (in cheap laptop bag)(Trinity Thrift Store)
7. Pelican 30" x 24" x 8" Rugged case - $300.00 (x5 = $1,500.00)(For computers and special tools)
8. Ozark Trail 65 Liter Hiking Pack - $70.00 (Walmart)(Had assorted clothing, paperwork and hygiene products in it)
9. MOLLE Tactical Assault vest - $150.00 (Amazon.com)
10. MOLLE adjustable Nylon Tactical Thigh Holster (on web belt) - $90.00 (Amazon.com).
11. IPHONE 10 - $900.00
12. BEARCAT CB Radio - $450.00
13. Motorola – MOTO G phone - $90.00 (Walmart)
14. Samsung Galaxy S8 (with Otterbox) Cellular Phone - $300.00 (BOOST MOBILE)
15. ULEFone Mil-Spec Cellular Phone - $400.00 (ULEFone.com)
16. Rand McNally Digital Road Atlas (GPS) – $600.00 (Pilot Travel Center)
17. Craftsman 450 piece mechanics toolset - $250.00 (Sears.com)( It was in the Trunk of car obviously)
18. Birth Certificate - $10.00 (Tippecanoe Health and Human Services)(Wallet)
19. Social Security Card- (*** - ** - 4818)(Wallet)
20. Class A Commercial Driver's License (DL #3770322267) - $30.00 (Indiana BMV)(Wallet)
21. Red Wing Steel Toe Work Boots - $300.00 (Red Wing Shoes)(Feet)
22. Winchester 12" Buck Knife - $33.00 (Walmart)(Belt)

## C. JURISDICTION

**XX –** I am suing for a violation of federal law under 28 U.S.C. § 1331

## D. RELIEF WANTED

**Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.**

1. I want $500,000.00 from **Defendant Number 1**. For Negligence and the complete and utter failure of this agency to properly respond to a mental health emergency resulted in multiple victims, myself included, and nearly $100,000.00 in loss of property.

2. I want $50,000.00 from **Defendant Number 2**. For theft exceeding $1,000.00.

3. I want $500,000.00 from **Defendant Number 3**. For either losing, "detonating" or illicitly disseminating my property and falsely accusing me of harboring an explosive device. Also for this agency referring to me as a "Terrorist" in the media and publicly making me a pariah.

4. I want $500,000.00 from **Defendant Number 4**. For determining there was indeed no explosive devices present and subsequently and maliciously "Detonating" my personal belongings knowing there was indeed no explosive devices.

E. **JURY DEMAND**

XX – I want a judge to hear my case

Dated this 11th day of January 2023

Respectfully Submitted

Michael Andrew Scuteri #286882
Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135

**\*\*REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE\*\***

XX - I do request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.