UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL ANDREW SCUTERI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00029-JPH-MKK |
| LAFAYETTE POLICE DEPARTMENT, KYLE ASKREN Assistant Chief, DANVILLE POLICE DEPARTMENT, UNIVERSITY OF ILLINOIS BOMB SQUAD, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER RECOGNIZING VOLUNTARY DISMISSAL**

In January 2023, Plaintiff, Michael Scuteri, brought this 42 U.S.C. § 1983 action against several defendants. Dkt. 1. On January 20, the Court screened the complaint, allowing it to proceed against only Attica Police Department Assistant Chief Kyle Askren. Dkt. 6.

On February 6, 2023, Mr. Scuteri filed a motion to dismiss this case without prejudice, explaining that he "made a mistake" and "would like to apologize to Assistant Chief Kyle Askren for falsely accusing him." Dkt. [9]. The Court construes this as a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1). This case is therefore closed, and the **Clerk shall mark** it closed on the docket.

**SO ORDERED.**

Date: 2/7/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

MICHAEL ANDREW SCUTERI
286882
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Kyle Askren
Attica Police Department
200 South McDonald Street
Attica, IN 47918